**1241** SHERLOCK vs. STUART (Mayor) AND SHINKMAN (City Clerk, of Grand Rapids), No. 13254; 96 M., 193; 21 L. R. A., 580.

To compel the issuance of a liquor license under the charter of the City of Grand Rapids.

Denied June 23, 1893, with costs.

**1242** MEYERS vs. STUART (Mayor) AND SHINKMAN (City Clerk, of Grand Rapids), No. 13450½.

To compel the issuance of a saloon license under the ordinance, the Mayor having vetoed the resolution of the Common Council granting the license and approving the bond.

Order to show cause denied June 23, 1893.